## City of Chester, Appellant, *v.* Felton.

Appeal, No. 83, Oct. T., 1918, by plaintiff, from judgment of C. P. Delaware Co., Dec. T., 1912, M. L. D. No. 1096, and verdict for defendant in case of City of Chester v. Edgar C. Felton.   Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER and WILLIAMS, JJ.   Affirmed.

OPINION BY PORTER, J., July 17, 1919 :

This case was argued with that of the City of Chester v. Charles E. Larkin, in which an opinion has this day been filed, and presents no question which was not there considered.

The judgment is affirmed.